Second Department. October 18, 1907.) Action by Gottfried Hofacker against Victorine Hofacker. No opinion. Judgment affirmed by default, with costs.

HOFFMAN, Respondent, v. HOFFMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Marie B. Hoffman against Charles L. Hoffman. No opinion. Order modified, by striking out allowance of $84 for alimony from the commencement of the action to the date of the order, and, as modified, affirmed, without costs. Settle order on notice.

HOFFMAN, Appellant, v. NORTH RIVER SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by George Hoffman against the North River Savings Bank. I. B. Louis, for appellant. N. B. Sanborn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HOLLENDER, Appellant, v. REINOLD et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Olivia E. Hollender, against Bernard A. Reinold and another. No opinion. Judgment affirmed, with costs.

HOOK v. NEW YORK CITY RY. CO. MATKOFF v. SAME. HARRISON v. SAME. REIS v. DRUG & CHEMICAL CO. SIEGEL v. UNITED STATES MAILING TUBE CO. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Actions by George N. Hook, by Samuel Matkoff, and by William Harrison against the New York City Railway Company, by Eugene Reis against the Drug & Chemical Company, and by Julius E. Siegel against the United States Mailing Tube Company. No opinions. Applications for leave to appeal to Appellate Division from Appellate Term denied, with $10 costs, in each case. Orders signed.

HOOSICK RIVER PULP CO., Appellant, v. THOMPSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by the Hoosick River Pulp Company against David A. Thompson and another. No opinion. Order affirmed, with $10 costs and disbursements.

HOOVER v. PHILLIPS et al. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Florence A. Hoover, as administratrix, etc., against Bradley H. Phillips and another, as receivers, etc. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for defendants, with costs.

HOPE, Respondent, v. SCRANTON & LEHIGH COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1907.) Action by Michael Hope against the Scranton & Lehigh Coal Company. No opinion. Motion for reargument denied.

HOPKINS, Respondent, v. CALLESON HORSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Clarence E. Hopkins against the Calleson Horse Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HORN et al., Appellants, v. GLICKMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Appeal from Municipal Court. Action by Joseph Horn and Nellie Horn against Moses N. Glickman. From a judgment for nominal damages only, plaintiffs appeal. Reversed, and new trial ordered. Walter H Thacher, for appellants. Charles Firestone, for respondent.

GAYNOR, J. The defendant in building a house on his lot adjoining the plaintiffs' house negligently and needlessly excavated under their fence and caused it to fall. A strip of the plaintiffs' soil three feet wide also fell into the excavation, carrying with it their rose bushes. The defendant also stored lumber on the plaintiffs' roof, broke a shutter, and his men committed acts of personal nuisance on the plaintiffs' premises. The defendant gave no evidence at all. The action is for damages for the trespasses. The Justice gave the plaintiffs a judgment for six cents, adding insult to injury. The technicalities of the counsel for the defendant which marked every step of the trial are deplorable. The plaintiffs called a competent witness (the last witness, a builder) to prove the amount of damage, but his evidence was excluded, the Justice remarking that he must rigidly enforce the rules of evidence. It cannot be said that the case was tried at all. It was simply a case of baiting the plaintiffs and their counsel by captious, frivolous and vexatious technicalities, which should not be tolerated, much less favored, by a court. The judgment should be reversed.

HORSTKOTTER, Respondent, v. SYRACUSE & SUBURBAN R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by Louise Horstkotter against the Syracuse & Suburban Railroad Company.

PER CURIAM. Judgment and order of County Court affirmed, with costs.

McLENNAN, P. J., dissents.

HORSTKOTTER, Respondent, v. SYRACUSE & SUBURBAN R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Louise Horstkotter against the Syracuse & Suburban Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

HORTON, Appellant, v. ANDRUS et al., Com'rs, Respondents. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Virginia G. Horton against John E. Andrus and others, as commissioners, etc., and Joseph B. See, as treasurer of the county of Westchester. No opinion.